UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 00624
     LARRY GRAVES SR
     JANET GRAVES                          CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER
          Debtor
     SSN XXX-XX-7692    SSN XXX-XX-3906
```

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 01/11/2008 and was confirmed 04/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/26/2008.
---------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | UNSEC W/INTER | 1131.62 | .00 | .00 |
| NATIONWIDE CASSEL | SECURED NOT I | .00 | .00 | .00 |
| NATIONWIDE CASSEL | UNSEC W/INTER | .00 | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSEC W/INTER | 1295.70 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSEC W/INTER | 726.40 | .00 | .00 |
| FREMONT INVESTMENT & LOA | CURRENT MORTG | .00 | .00 | .00 |
| FREMONT INVESTMENT & LOA | MORTGAGE ARRE | 6000.00 | .00 | .00 |
| MONTEREY FINANCIAL | SECURED | 200.00 | .00 | 80.00 |
| CREDIT ACCEPTANCE CORP | SECURED VEHIC | 10525.02 | 153.15 | 2408.67 |
| CREDIT ACCEPTANCE CORP | UNSEC W/INTER | NOT FILED | .00 | .00 |
| USAONENCUBC | SECURED VEHIC | 9119.84 | 98.09 | 1458.50 |
| USAONENCUBC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NCC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ACCT RECOV | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ADT SECURITY | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSEC W/INTER | 3504.03 | .00 | .00 |
| BOULEVARD MEDICAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SPRINT-NEXTEL CORP | UNSEC W/INTER | 821.51 | .00 | .00 |
| ILLINOIS COLLECTION SE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYSIC | UNSEC W/INTER | 306.00 | .00 | .00 |
| LOU HARRIS & CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SVC INC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SVC INC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SVC INC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NICOR GAS | UNSEC W/INTER | NOT FILED | .00 | .00 |

```
LEGAL HELPERS PC          DEBTOR ATTY    2,225.00                      746.58
TOM VAUGHN                TRUSTEE                                      430.01
DEBTOR REFUND             REFUND                                         .00
```

Summary of Receipts and Disbursements:

```
--------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

TRUSTEE                    5,375.00


PRIORITY                                              .00
SECURED                                          3,947.17
     INTEREST                                      251.24
UNSECURED                                             .00
ADMINISTRATIVE                                     746.58
TRUSTEE COMPENSATION                               430.01
DEBTOR REFUND                                         .00
                        ---------------     ---------------
TOTALS                    5,375.00             5,375.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 02/25/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE